Rebekah R. Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*
Dennies Varughese, Pharm.D.
Uma Everett
Marsha Rose Gillentine, Ph.D.
Robert Niemeier
Alex Alfano
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
mgillentine@sternekessler.com
rniemeier@sternekessler.com
aalfano@sternekessler.com

*Attorneys for Defendants*


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, <br><br> *Plaintiff,* <br><br> v. <br><br> CIPLA USA INC. and CIPLA LIMITED, <br><br> *Defendants.* | **Civil Action** <br><br> Case Action No. 25-16677-CCC-LDW |


**DEFENDANTS CIPLA USA, INC. AND CIPLA LIMITED'S MOTION TO TRANSFER
TO THE DISTRICT OF DELAWARE**

PLEASE TAKE NOTICE that Defendants Cipla USA Inc. and Cipla Limited (Collectively, Cipla), by and through its counsel, Stone Conroy LLC, on notice to Plaintiff, Mitsubishi Tanabe Pharma Corporation, by and through its counsel, Gibbons PC, shall move before this Court for an Order transferring this matter to the United States District Court for the District of Delaware.

Please take further notice that in support of this motion, Cipla shall rely on the accompanying Memorandum of Law and Certification of Rebekah R. Conroy with Exhibits. A proposed form of Order is also submitted herewith.  Oral argument is respectfully requested if opposition is filed.

Dated:  November 12, 2024

*Of Counsel:*

Dennies Varughese, Pharm.D.
Uma Everett
Marsha Rose Gillentine, Ph.D.
Robert Niemeier
Alex Alfano
STERNE, KESSLER, GOLDSTEIN & FOX
P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
mgillentine@sternekessler.com
rniemeier@sternekessler.com
aalfano@sternekessler.com

*/s/ Rebekah R. Conroy*
Rebekah Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Attorneys for Defendants*