Rebekah R. Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*
Dennies Varughese, Pharm.D.
Uma Everett
Marsha Rose Gillentine, Ph.D.
Robert Niemeier
Alex Alfano
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
mgillentine@sternekessler.com
rniemeier@sternekessler.com
aalfano@sternekessler.com

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>CIPLA USA INC. and CIPLA LIMITED,<br><br>*Defendants.* | **Civil Action**<br><br>Case Action No. 25-16677-CCC-LDW |

### CERTIFICATION IN SUPPORT OF MOTION TO TRANSFER

I, Rebekah R. Conroy, hereby certify and states:

1.      I am a partner of Stone Conroy LLC, counsel for Defendants in the above action.  I make this Certification in support of Defendants' motion to transfer this matter to the United States District Court for the District of Delaware.

2.      Attached hereto as Exhibit 1 is a true copy of email correspondence from March 6, 2025 through March 25, 2025.

3.      Attached hereto as Exhibit 2 is a true copy of email correspondence March 6, 2025 through June 17, 2025.

4.      Attached hereto as Exhibit 3 is a true copy of email correspondence March 6, 2025 through March 31, 2025.

5.      Attached hereto as Exhibit 4 is a true copy of email correspondence March 6, 2025 through June 18, 2025.

6.      Attached hereto as Exhibit 5 is a true copy of Statistics for Time to Trial in the District of Delaware (retrieved from Docket Navigator on November 10, 2025).

7.      Attached hereto as Exhibit 6 is a true copy of a comparison of cases between the Honorable Claire Claudia Cecchi, U.S.D.J, of the District of New Jersey and the Honorable Jennifer Lynne Hall, U.S.D.J., of the District of Delaware, for all cases pending between 2009-01-01 and 2025-11-05 (retrieved from Lex Machina).

8.      Attached hereto as Exhibit 7 is a true copy of a comparison between District of New Jersey and District of Delaware, for all cases pending between 2009-01-01 and 2025-11-05 (retrieved from Lex Machina).

I hereby certify under penalty of perjury that the foregoing is true and correct.  I am aware that if any information herein is willfully false, I may be subject to punishment.

Dated: November 12, 2025                                    /s/ Rebekah R. Conroy
                                                            Rebekah R. Conroy