# Exhibit 3

**Rob Niemeier**

| | |
|---|---|
| **From:** | Frank West <FWest@oblon.com> on behalf of Frank West |
| **Sent:** | Monday, March 31, 2025 3:04 PM |
| **To:** | Rob Niemeier; Dennies Varughese; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com; Uma Everett |
| **Cc:** | MTPC-ORS-Oblon@oblon.com; JTigan@morrisnichols.com; cclark@morrisnichols.com |
| **Subject:** | RE: MTPC v. Cipla/Apotex/Lupin |
| **Attachments:** | MTPC Response to Lupin edits Rule 16 Scheduling Order - Patent_3.13.2025.docx |

Dear Colleagues:

Thank you for your email

We have consulted with MTPC.  MTPC declines to amend the proposed consolidation and scheduling order to assert U.S. Patent No. 12,194,025 ("the '025 patent") in Civil Action No. 23-cv-759.  That case is already complex, involving five (5) patents-in-suit having six (6) common inventors.   The subject matter of the '025 patent was conceived by three (3) inventors, other than the 6 inventors of the current five (5) patents-in-suit.  Including the '025 patent would add an extra layer of complexity to an already complex case.

Please advise whether the consolidation and scheduling order, as presently proposed by MTPC (including Lupin's edits to dates and discovery provisions), is acceptable to each of Cipla, Apotex and Lupin Defendants.  See attached.

With best regards,

Frank


**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423
fwest@oblon.com |  www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged

information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.



**Frank West**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

---

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Tuesday, March 25, 2025 5:25 PM
**To:** Frank West <FWest@oblon.com>; dvarughese@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com; UEVERETT@sternekessler.com
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>
**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

Hi Frank,
I think we are all generally close on the dates, but before we finalize dates for this schedule the Defendants would like to discuss Patent No. 12,194,025. Specifically, does MTPC intend to assert this patent against Defendants? If so, we believe it makes sense to add that patent to the case now and agree on a schedule that makes sense including that additional patent to avoid the need for further delays and reworking of the schedule at a later date if the '025 patent is subsequently asserted. If MTPC plans to assert the '025 patent, please propose amended pleading deadlines and any other adjustments to the proposed schedule to account for the additional patent.
Best,
Rob

---

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Frank West
**Sent:** Tuesday, March 25, 2025 9:47 AM
**To:** Dennies Varughese ; 'joseph.janusz@katten.com' ; 'lance.soderstrom@katten.com' ; 'christopher.prescott@katten.com' ; 'KMathas@winston.com' ; 'cfundakowski@winston.com' ;

'amking@winston.com' ; 'bogara@winston.com' ; Uma Everett ; Rob Niemeier
**Cc:** MTPC-ORS-Oblon
**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Colleagues,
We are in the third extension of time regarding the negotiation of the scheduling order and a few days away from the expiration of that extension.
I would appreciate receiving ell proposed edits today if possible. This issue has pending for some time with most to the time consumed by waiting on responses.
Thanks, Frank

**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423
fwest@oblon.com | www.oblon.com



| | **Frank West** |
|---|---|
| | Partner |
| | |
| | 1940 Duke Street |
| | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7049 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | FWest@oblon.com |

**From:** Frank West <FWest@oblon.com>
**Sent:** Thursday, March 20, 2025 4:55 PM
**To:** Frank West <FWest@oblon.com>; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>
**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up with respect to my email below and my telephone conversation with Kurt today, and my voicemails to Dennies and Joe.

I believe, at this stage, we are only debating dates.

Please provide feedback regarding the above consolidation and scheduling order as soon as possible so we do not need to request yet another extension.

Since we are on the third extension of time, we would like to avoid further extensions.

With best regards,

Frank

**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,    Phone: 703-412-7049
Maier & Neustadt, L.L.P.    Fax: 703-413-2220
www.oblon.com    FWest@oblon.com

**From:** Frank West
**Sent:** Thursday, March 13, 2025 9:22 AM
**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com
**Cc:** MTPC-ORS-Oblon
**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Upon further consideration with respect to due dates in the Lupin matter, MTPC proposes pushing back the contention dates by an additional 3 weeks and the exchange of claim terms by 2 weeks. Those changes have been made in the attached proposed scheduling order.

Since we have not heard from any defendants regarding MTPC's earlier proposed edits to Lupin's proposal (and in light of these additional proposals), we will need to either again extend the current due date for infringement contentions in Civil Action 23-cv-759 ("the '759 case") or seek a stay of all dates until this is resolved. We will be consulting local counsel regarding Judge Hall's likely preference. I would appreciate if Ciipla and Apotex advise whether they consent to either arrangement (of course contingent on seeing the proposed stipulation before filing). The extension is needed because the last extension expires tomorrow, March 14, 2025.

With best regards,

Frank

**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423
fwest@oblon.com | www.oblon.com



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,    Phone: 703-412-7049
Maier & Neustadt, L.L.P.    Fax: 703-413-2220
www.oblon.com    FWest@oblon.com

**From:** Frank West
**Sent:** Monday, March 10, 2025 1:02 PM
**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com;

RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up on the revised proposal. Are there any comments, questions?

With best regards,

Frank

**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423
fwest@oblon.com | www.oblon.com



|  |  |
|---|---|
| | **Frank West**<br>Partner |
| | 1940 Duke Street<br>Alexandria, Virginia 22314 |
| Oblon, McClelland,<br>Maier & Neustadt, L.L.P.<br>www.oblon.com | Phone: 703-412-7049<br>Fax: 703-413-2220<br>FWest@oblon.com |

**From:** Frank West
**Sent:** Thursday, March 6, 2025 6:59 AM
**To:** DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com
**Cc:** MTPC-ORS-Oblon
**Subject:** MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Please see the attached revised schedule. We have taken into account Lupin's comments. On the advice of local counsel, we have tried to revise the schedule further to accommodate the court's standard schedule for Daubert motions. We also have revised the order to include the revised dates from the table of dates at the end to avoid any discrepancies. We have included comments in the document where we though an explanation for the change might be helpful.

Our client is still reviewing, but any additional changes proposed would likely relate to the dates and any potential conflicts with Japanese holidays.

We can be available for a call to discuss, it needed.

With best regards,

Frank

**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.



**Frank West**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message.