# Exhibit 5



**Figure 1: Statistics for Time to Trial in the District of Delaware (retrieved from Docket Navigator on November 10, 2025)**



**Figure 2: Statistics for Time to Trial in the District of New Jersey (retrieved from Docket Navigator on November 10, 2025)**