# Exhibit 6

 **Lex Machina**

 **Courts & Judges Comparator**

Showing comparison between Claire Claudia Cecchi (CCC) of D.N.J. and Jennifer Lynne Hall (JLH) of D.Del., for all federal district court Patent cases pending between 2009-01-01 and 2025-11-05. Change

## Judge Biographical Information

|  | Cecchi (D.N.J.) | Hall (D.Del.) |
|---|---|---|
| **Name** | Claire Claudia Cecchi | Jennifer Lynne Hall |
| **Age** | 61 years (born 1964) | 49 years (born 1976) |
| **Nominated By** | President Barack Obama | President Joseph R. Biden |
| **Commissioned** | 2011-06-14 | 2024-01-04 |
| **Active Tenure** | 14 years | 1 years |

## Open Cases

|  | Cecchi (D.N.J.) | Hall (D.Del.) |
|---|---|---|
| **Open Patent Cases** | 20 | 174 |
| **Open federal district court cases** ❓ | 11,869 | 386 |
| **Patent Cases Percentage** | 0% | 45% |

## Terminated Cases

|  | Cecchi (D.N.J.) | Hall (D.Del.) |
|---|---|---|
| **Terminated Patent Cases** | 174 | 175 |
| **Terminated federal district court cases** ❓ | 12,273 | 484 |
| **Patent Cases Percentage** | 1% | 36% |

Courts & Judges Comparator

## Case Filings for Patent cases



| | <2013 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 🔵 Claire Claudia Cecchi | 23 | 5 | 16 | 21 | 13 | 19 | 8 | 16 | 23 | 4 | 7 | 12 | 9 | 18 |
| 🟠 Jennifer Lynne Hall | 4 | 2 | 0 | 0 | 0 | 1 | 2 | 18 | 15 | 23 | 41 | 46 | 98 | 99 |

* 2025 numbers are year-to-date. Open dots are full-year estimates.

## Time to Permanent Injunction (Grant) for Patent cases



## Time to Dismiss (Contested) for Patent cases



## Time to Class Certification for Patent cases



## Time to Claim Construction Hearing for Patent cases



Courts & Judges Comparator

 **Lex Machina**

## Time to Summary Judgment for Patent cases



Judge Cecchi (D.N.J.)
7 Cases reached Summary Judgment

Judge Hall (D.Del.)
29 Cases reached Summary Judgment
Median: 1,049 days

## Time to Trial for Patent cases



Judge Cecchi (D.N.J.)
8 Cases reached Trial

Judge Hall (D.Del.)
30 Cases reached Trial
Median: 1,083 days

## Time to Termination for Patent cases



Judge Cecchi (D.N.J.)
174 Terminated Cases
Median: 193 days

Judge Hall (D.Del.)
175 Terminated Cases
Median: 254 days

## Case Resolutions for Patent cases

| | Cecchi (D.N.J.) | | Hall (D.Del.) | |
|---|---|---|---|---|
| **Cases with Claimant Win Resolutions** | 33 | (19%) | 14 | (8%) |
| **Cases with Claim Defendant Win Resolutions** | 2 | (1%) | 8 | (5%) |
| **Cases with Likely Settlement Resolutions** | 93 | (54%) | 130 | (75%) |
| **Cases with Procedural Resolutions** | 45 | (26%) | 22 | (13%) |
| **Total Cases with Resolutions** | 173 | (100%) | 174 | (100%) |

## Damages for Patent cases

| | Cecchi (D.N.J.) | | Hall (D.Del.) | |
|---|---|---|---|---|
| | Cases | Damages | Cases | Damages |
| Prejudgment Interest | 1 | $39,000 | – | $0 |
| Other / Mixed Damage Types | 1 | $724,374 | 2 | $500 |
| Attorneys' Fees / Costs | 5 | $456,365 | – | $0 |
| Lost Profits (Patent) | – | $0 | 3 | $126,844,594 |
| Mass Counterfeiter Default Damages (Patent) | – | N/A | – | N/A |
| Enhanced Damages (Patent) | – | $0 | – | $0 |
| Reasonable Royalty (Patent) | – | $0 | 5 | $97,507,970 |

## Remedies for Patent cases

| | Cecchi (D.N.J.) | Hall (D.Del.) |
|---|---|---|
| Permanent Injunction: Grant | 29 | 9 |
| Preliminary Injunction: Grant | 5 | 1 |
| Temporary Restraining Order: Grant | – | – |
| Permanent Injunction: Deny | – | – |
| Preliminary Injunction: Deny | 1 | 3 |
| Temporary Restraining Order: Deny | – | 1 |
| Rescission | – | – |
| Reformation | – | – |
| Administrative Remand | – | – |
| Reinstatement | – | – |
| Specific Performance | – | – |

Courts & Judges Comparator

**LexMachina**

## Findings for Patent cases



| | Default Judgment | Consent Judgment | Judgment on the Pleadings | Summary Judgment | Trial | Judgment as a Matter of Law | Decision on Bankruptcy Appeal | Any Judgment Event |
|---|---|---|---|---|---|---|---|---|
| **Findings of Infringement** | | | | | | | | |
| Cecchi (D.N.J.) | 3 | 19 | – | – | 2 | 1 | – | 23 |
| Hall (D.Del.) | 1 | 5 | – | 1 | 9 | – | – | 16 |
| **Findings of No Infringement** | | | | | | | | |
| Cecchi (D.N.J.) | – | – | – | – | 4 | – | – | 4 |
| Hall (D.Del.) | 1 | 1 | 1 | 4 | 10 | – | – | 16 |
| **Findings of Invalidity** | | | | | | | | |
| Cecchi (D.N.J.) | – | – | – | – | 2 | – | – | 2 |
| Hall (D.Del.) | – | 1 | 3 | 8 | 10 | – | – | 21 |
| **Findings of No Invalidity** | | | | | | | | |
| Cecchi (D.N.J.) | – | 12 | – | – | 4 | 2 | – | 18 |
| Hall (D.Del.) | – | 2 | – | 3 | 15 | – | – | 19 |
| **Findings of Unenforceability** | | | | | | | | |
| Cecchi (D.N.J.) | – | – | – | – | – | – | – | – |
| Hall (D.Del.) | – | – | – | – | 1 | – | – | 1 |
| **Findings of No Unenforceability** | | | | | | | | |
| Cecchi (D.N.J.) | – | 12 | – | – | 1 | – | – | 13 |
| Hall (D.Del.) | – | 2 | 1 | 1 | 1 | – | – | 5 |

* For judge comparisons, case counts reflect cases in which the judge was associated with the case, per the official PACER record. Occasionally, multiple judges are associated with a single case, so some of the Case Resolutions, Damages, Remedies, or Findings in the analytics above may have resulted from orders issued by a judge other than the one shown.

* To reflect the most current outcomes, these analytics do not include Damages, Remedies, or Findings that were voided or reversed. Learn more.

https://law.lexmachina.com/apps/judge_comparison/compare?judge=3376&judge=13761081&case-type=Patent