Rebekah R. Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*
Dennies Varughese, Pharm.D.
Uma Everett
Marsha Rose Gillentine, Ph.D.
Robert Niemeier
Alex Alfano
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
mgillentine@sternekessler.com
rniemeier@sternekessler.com
aalfano@sternekessler.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, <br><br> *Plaintiff,* <br><br> v. <br><br> CIPLA USA INC. and CIPLA LIMITED, <br><br> *Defendants.* | **Civil Action** <br><br> Case Action No. 25-16677-CCC-LDW <br><br> **PROPOSED FORM OF ORDER** |

THIS MATTER having come before the Court pursuant to Defendants' motion to transfer

this matter to the United States District Court for the District of Delaware; on notice to Plaintiffs

1

by and through their counsel; and the Court having considered the written submissions of the parties and any oral argument held;

IT IS on this _____ day of _____, 2025,

ORDERED that Defendants' motion is granted; and it is

FURTHER ORDERED that this matter is hereby transferred to the United States District Court for the District of Delaware.

SO ORDERED

_____
Honorable Leda D. Wettre, U.S.M.J.